PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
VICTOR MANUEL ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO. 07-CR-00088-FCD |
| ) Plaintiff, ) | |
| ) vs. ) | STIPULATION AND ORDER RESETTING JUDGMENT AND SENTENCING DATE |
| ) ) | |
| VICTOR MANUEL ALVARADO, ) | |
| ) Defendant. ) | |

IT IS HEREBY STIPULATED by and between Phil Ferrari, AUSA, attorney for plaintiff, the United States of America, Preciliano Martinez, attorney for the defendant, Victor Manuel Alvarado, and Julie A. Fowler, USPO, that the date set for the sentencing hearing and the presentence report shall be extended as follows:

| | | |
|---|---|---|
| Sentencing and Judgment | : | From August 4, 2008 at 10:00 a.m. to September 15, 2008 at 10:00 a.m. |
| Motion for Correction of Presentence Report | : | From July 28, 2008 to September 8, 2008 |
| Presentence Report to be Filed with the court | : | From July 21, 2008 to August 29, 2008 |
| Counsels Written Objections To the Presentence Report | : | From July 14, 2008 to August 25, 2008 |

1

Proposed Presentence Report :　　From June 30, 2008 to August 11, 2008
Shall be disclosed to Counsel

Mr. Martinez and Ms. Fowler, due to Mr. Martinez's trial schedule, have been unable to coordinate an interview date for Mr. Martinez's client, thus Ms. Fowler needing more time to disclose the Presentence report.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:06/19/08　　　　　　　　　　　　　　 /s/ PRECILIANO MARTINEZ
　　　　　　　　　　　　　　　　　　　　Preciliano Martinez, Attorney for
　　　　　　　　　　　　　　　　　　　　Defendant, ALBERTO VASQUEZ


Dated:06/19/08　　　　　　　　　　　　　　 /s/ PHIL FERRARI
　　　　　　　　　　　　　　　　　　　　Phil Ferrari, Attorney for
　　　　　　　　　　　　　　　　　　　　Plaintiff, UNITED STATES OF AMERICA


Dated:06/19/08　　　　　　　　　　　　　　 /s/ JULIE A. FOWLER
　　　　　　　　　　　　　　　　　　　　Julie A. Fowler, USPO


## **ORDER**

**IT IS SO ORDERED.**

Dated: June 19, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2