PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
VICTOR MANUEL ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   )<br>                                                     )<br>              Plaintiff,                       )<br>                                                     )<br>       vs.                                       )<br>                                                     )<br>                                                     )<br>VICTOR MANUEL ALVARADO,   )<br>                                                     )<br>              Defendant.                    ) | CASE NO. 07-cr-00088-FCD<br><br>STIPULATION AND ORDER<br>RESETTING SENTENCING DATE |

IT IS HEREBY STIPULATED by and between Phil Ferrari, AUSA, attorney for plaintiff, the United States of America, Preciliano Martinez, attorney for the defendant, Victor Manuel Alvarado, and Julie A. Fowler, USPO, that the date set for hearing on the presentence report shall be extended as follows:

| | | |
|---|---|---|
| Sentencing and Judgment | : | From September 15, 2008 at 10:00 a.m. to October 20, 2008 at 10:00 a.m. |
| Motion for Correction of Presentence Report | : | From September 8, 2008 to October 14, 2008 |
| Presentence Report to be Filed with the court | : | From August 29, 2008 to October 6, 2008 |
| Counsels Written Objections To the Presentence Report | : | From August 25, 2008 to September 29, 2008 |

1

Proposed Presentence Report :	From August 11, 2008 to September 15, 2008
Shall be disclosed to Counsel

Mr. Martinez and Ms. Fowler, due to Mr. Martinez's trial schedule, had been unable to coordinate an interview date for Mr. Martinez's client, thus Ms. Fowler is needing more time to disclose the Presentence report.

Respectfully Submitted,

Dated:08/05/08                                                        /s/ PRECILIANO MARTINEZ
                                                                      Preciliano Martinez, Attorney for
                                                                      Defendant, VICTOR ALVARADO


Dated:08/05/08                                                        /s/ PHIL FERRARI
                                                                      Phil Ferrari, Attorney for
                                                                      Plaintiff, UNITED STATES OF AMERICA


Dated:08/05/08                                                        /s/ JULIE A. FOWLER
                                                                      Julie A. Fowler, USPO

## ORDER

**IT IS SO ORDERED.**

Dated: August 6, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE