PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
Victor Manuel Alvarado

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 2:07-CR-0088 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| vs. | ) | DATE, AND CONTINUING CASE |
| | ) | |
| | ) | DATE:   October 6, 2008 |
| VICTOR MANUEL ALVARADO, | ) | TIME:    10:00 a.m. |
| | ) | JUDGE:  Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Philip A. Ferrari, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Victor Manuel Alvarado that the Status of Counsel date scheduled for October 6, 2008, be vacated and be continued to October 9, 2008 at 10:00 a.m.

   The court is advised that counsel have conferred about this request, that they have agreed to October 9, 2008 date and that Mr. Ferrari has authorized Preciliano Martinez to sign this stipulation on his behalf. This request has been confirmed by the court.

**IT IS SO STIPULATED**

DATED: October 1, 2008                                  /s/ Preciliano Martinez
                                                        PRECILIANO MARTINEZ
                                                        Attorney for Defendant
                                                        Victor Manuel Alvarado


Dated: October 1, 2008                                  /s/Philip A. Ferrari
                                                        PHILIP A. FERRARI
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff


## ORDER

**IT IS SO ORDERED.**

Dated: October 1, 2008
                                           _____
                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE