DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICTOR MANUEL ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-07-88 FCD |
| ) | |
| Plaintiff, ) | ORDER TO VACATE JUDGMENT AND |
| ) | SENTENCING AND SET A BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| VICTOR MANUEL ALVARADO, ) | |
| ) | Date:   March 2, 2009 |
| Defendant. ) | Time:   10:00 a.m. |
| ) | Judge:  Hon. Frank C. Damrell, Jr. |
| _____ ) | |

   IT IS HEREBY ORDERED that the briefing schedule and motion hearing be set for March 2, 2009 and Speedy trial time is excluded from the filing of defendant's motion (January 16, 2009), through the resolution of defendant's motion, for the following reasons: 18 U.S.C. § 3161(h)(1)(F), Local Code E (filing of motions).

DATED: January 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-